UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SAM STAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-cv-00250-DRL-MGG |
| ) | |
| FOREST RIVER, INC., ) | |
| ) | |
| Defendant. ) | |

## SUGGESTION OF DEATH UPON THE RECORD

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendant Forest River, Inc. notifies the Court of, and suggests upon the record, that Forest River has been informed by counsel for Plaintiff Sam Stamey that Mr. Stamey died on March 7, 2023.

Dated: March 9, 2023        Respectfully submitted,

/s/ Patrick J. O'Rear
John D. LaDue (19039-71)
Jesse M. Barrett (23811-71)
Mark F. Criniti (26324-71)
Patrick J. O'Rear (36270-71)
SouthBank Legal
100 E. Wayne Street, Suite 300
South Bend, IN  46601
Tel:  574.968.0760
jladue@southbank.legal
jbarrett@southbank.legal
mcriniti@southbank.legal
porear@southbank.legal

*Attorneys for Defendant*
*Forest River, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on March 9, 2023 service of a true and complete copy of the attached and foregoing pleading was made upon all counsel of record through CM/ECF filing.

          <u>/s/ Patrick J. O'Rear   </u>
          Patrick J. O'Rear